JS 44 (Rev. 02/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| STANISLAUS FUNDING, INC., a California corporation dba PATIOWORLD, | GAVIN NEWSOM, in his official capacity as the Governor of California; [see attached] |

| (b) County of Residence of First Listed Plaintiff | Los Angeles County | County of Residence of First Listed Defendant | |
|---|---|---|---|
| *(EXCEPT IN U.S. PLAINTIFF CASES)* | | *(IN U.S. PLAINTIFF CASES ONLY)* | |
| | | NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. | |

| (c) Attorneys *(Firm Name, Address, and Telephone Number)* | Attorneys *(If Known)* |
|---|---|
| Harmeet K. Dhillon; Mark P. Meuser, Gregory R. Michael; Mark Geragos; Alexandra Kazarian; Matthew Vallejo [see attached] | Xavier Becerra; Benjamin Glickman [see attached] |

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | | ☐ 864 SSID Title XVI | |
| | | | | ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☒ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

| VI. CAUSE OF ACTION | Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: 42 U.S.C. § 1983 |
|---|---|
| | Brief description of cause: Equal Protection, Due Process, Commerce Clause, Takings Clause, Excessive Fines, Violations of CA Const. |

| VII. REQUESTED IN COMPLAINT: | ☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P. | DEMAND $ | CHECK YES only if demanded in complaint: JURY DEMAND: ☒ Yes ☐ No |
|---|---|---|---|

| VIII. RELATED CASE(S) IF ANY | *(See instructions):* | JUDGE | DOCKET NUMBER |
|---|---|---|---|

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| 05/22/2020 | /s/ Harmeet K. Dhillon |

**FOR OFFICE USE ONLY**

| RECEIPT # | AMOUNT | APPLYING IFP | JUDGE | MAG. JUDGE |
|---|---|---|---|---|

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)    Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

  **(b)    County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

  **(c)    Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.    Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked**.** (See Section III below**; NOTE: federal question actions take precedence over diversity cases.**)

**III.    Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.    Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.    Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket. **PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.    Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

**VII.    Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.    Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

**Attachment to Civil Cover Sheet**

I.      **Plaintiff**

   1.  STANISLAUS FUNDING, INC., a California corporation dba PATIOWORLD

II.     **Plaintiff's Attorneys**

   2.  Harmeet K. Dhillon (Dhillon Law Group, 177 Post St. #700, San Francisco, CA 94108, (415) 433-1700))

   3.  Mark P. Meuser (Dhillon Law Group, 177 Post St. #700, San Francisco, CA 94108, (415) 433-1700))

   4.  Gregory R. Michael (Dhillon Law Group, 177 Post St. #700, San Francisco, CA94108, (415) 433-1700))

   5.  Mark Geragos (Geragos & Geragos, P.C. 644 South Figueroa Street, Los Angeles, CA 90017-3411, (213) 625-3900)

   6.  Alexandra Kazarian (Geragos & Geragos, P.C. 644 South Figueroa Street, Los Angeles, CA 90017-3411, (213) 625-3900)

   7.  Matthew Vallejo (Geragos & Geragos, P.C. 644 South Figueroa Street, Los Angeles, CA 90017-3411, (213) 625-3900)

III.    **Defendants**

   1.  GAVIN NEWSOM, in his official capacity as the Governor of California;

   2.  XAVIER BECERRA, in his official capacity as the Attorney General of California;

   3.  MARK GHILARDUCCI, in his official capacity as Director of the Governor's Office of Emergency Services;

   4.  SONIA Y. ANGELL, in her official capacity as the State Public Health Officer and Department of Public Health Director;

   5.  DR. ERICA PAN, in her official capacity as Interim Health Officer of Alameda County;

   6.  GREGORY AHERN, in his official capacity as the Alameda County Sheriff;

   7.  SCOTT HAGGERTY, in his official capacity as an Alameda County Supervisor;

   8.  RICHARD VALLE, in his official capacity as an Alameda County Supervisor;

   9.  WILMA CHAN, in her official capacity as an Alameda County Supervisor;

   10. NATE MILEY, in his official capacity as an Alameda County Supervisor;

   11. KEITH CARSON, in his official capacity as an Alameda County Supervisor;

12. DR. CHRIS FARNITANO, in his official capacity as the Contra Costa County Health Officer;

13. DAVID LIVINGSTON, in his official public capacity as the Contra Costa County Sheriff;

14. JOHN M. GIOIA, in his official capacity as a Contra Costa County Supervisor;

15. CANDACE ANDERSEN, in her official capacity as a Contra Costa County Supervisor;

16. DIANE BURGIS, in her official capacity as a Contra Costa County Supervisor;

17. KAREN MITCHOFF, in her official capacity as a Contra Costa County Supervisor;

18. FEDERAL D. GLOVER, in his official capacity as a Contra Costa County Supervisor;

19. DR. BARBARA FERRER, in her official capacity as the Director of the Los Angeles County Department of Health;

20. DR. MUNTU DAVIS, in his official capacity as the Los Angeles County Health Officer;

21. ALEX VILLANUEVA, in his official capacity as the Los Angeles County Sheriff;

22. HILDA SOLIS, in her official capacity as a Los Angeles County Supervisor

23. MARK RIDLEY-THOMAS, in his official capacity as a Los Angeles County Supervisor

24. SHEILA KUEHL, in her official capacity as a Los Angeles County Supervisor

25. JANICE HAHN, in her official capacity as a Los Angeles County Supervisor

26. KATHRYN BARGER, in her official capacity as a Los Angeles County Supervisor

27. MATT WILLIS, MD, MPH, in his official capacity as the Marin County Director and Public Health Officer

28. ROBERT T. DOYLE, in his official public capacity as the Marin County Sheriff

29. JUDY ARNOLD, in her official capacity as a Marin County Supervisor

30. DENNIS RODONI, in his official capacity as a Marin County Supervisor

31. KATIE RICE, in her official capacity as a Marin County Supervisor

32. KATE SEARS, in her official capacity as a Marin County Supervisor

33. DAMON CONNOLLY, in his official capacity as a Marin County Supervisor

34. DR. NICHOLE QUICK, in her official capacity as the Orange County Director and Public Health Officer

35. DON BARNES, in his official capacity as the Orange County Sheriff

36. MICHELLE STEEL, in her official capacity as an Orange County Supervisor

37. ANDREW DO, in his official capacity as an Orange County Supervisor

38. DONALD P. WAGNER, in his official capacity as an Orange County Supervisor

39. DOUG CHAFFEE, in his official capacity as an Orange County Supervisor

40. LISA BARTLETT, in her official capacity as an Orange County Supervisor

41. DR. SCOTT MORROW, in his official capacity as the San Mateo County Director and Public Health Officer

42. CARLOS G. BOLANOS, in his official capacity as the San Mateo County Sheriff

43. DAVE PINE, in his official capacity as a San Mateo County Supervisor

44. CAROLE GROOM, in her official capacity as a San Mateo County Supervisor

45. DON HORSLEY, in his official capacity as a San Mateo County Supervisor

46. WARREN SLUCUM, in his official capacity as a San Mateo County Supervisor

47. DAVID CANEPA, in his official capacity as a San Mateo County Supervisor

48. DR. SARA H. CODY, in her official capacity as the Santa Clara County Director and Public Health Officer

49. LAURIE SMITH, in her official public capacity as the Santa Clara County Sheriff

50. MIKE WASSERMAN, in his official capacity as a Santa Clara County Supervisor

51. CINDY CHAVEZ, in her official capacity as a Santa Clara County Supervisor

52. DAVE CORTESE, in his official capacity as a Santa Clara County Supervisor

53. SUSAN ELLENBERG, in her official capacity as a Santa Clara County Supervisor

54. JOE SIMITIAN, in his official capacity as a Santa Clara County Supervisor

55. DR. ROBERT LEVIN, in his official capacity as the Ventura County Director and Public Health Officer

56. WILLIAM AYUB, in his official public capacity as the Ventura County Sheriff

57. STEVE BENNETT, in his official capacity as a Ventura County Supervisor

58. LINDA PARKS, in her official capacity as a Ventura County Supervisor

59. KELLY LONG, in her official capacity as a Ventura County Supervisor

60. BOB HUBER, in his official capacity as a Ventura County Supervisor

     61. JOHN ZARAGOZA, in his official capacity as a Ventura County Supervisor

**IV.**    **Defendants' Attorneys**

1. Xavier Becerra, (Office of the Attorney General of California, 1300 "I" Street, Sacramento, CA 95814-2919, (916) 210-6276))

2. Benjamin Glickman (Office of the Attorney General of California, Civil Law Division, Government Law Section, 1300 "I" Street, Sacramento, CA 95814-2919, (916) 210-6276))